```
                   UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS


                                          18cr10092-wgy




   ************************************
                                      *
   United States vs. Ryan S. Lin      *   JUDGE'S FINDINGS
                                      *
   ************************************




         BEFORE:   Honorable Judge William G. Young




                       Richard H. Romanow
                     Official Court Reporter
                    United States District Court
                         1 Courthouse Way
                   Boston, Massachusetts 02210

                         October 3, 2018
```

```
 1            THE COURT:  Mr. Ryan S. Lin, in consideration
 2   of the offenses of which you stand convicted, the
 3   information from the United States Attorney, your
 4   attorney, the probation officer, and yourself, this
 5   Court sentences you to a total of 210 months in the
 6   custody of the United States Attorney General.
 7   Thereafter the Court places you on 5 years of supervised
 8   release.  The Court imposes no fine due to your
 9   inability to pay a fine.  The Court imposes restitution
10   in the amount of $12,802.85 to be paid to Jane Doe 1.
11   The Court imposes the special assessment of $2,500 as is
12   required by the law.
13        Let me break down the total sentence.  On Counts 1
14   through 7, you are sentenced to the statutory maximum of
15   5 years, the sentence on each count to run concurrent,
16   one with the other.  On Counts 8 through 15, you are
17   sentenced to 15 1/2 years, that sentence to run
18   concurrent with the sentence just imposed.  On Counts 13
19   through 21, you are sentenced to the maximum sentence of
20   10 years on each count, the sentence on each of these
21   counts to run concurrent with the sentences just
22   imposed.  On Counts 22 through 24, you are sentenced to
23   the maximum of 5 years, the sentence on each of those
24   counts to run concurrent with the sentence just imposed.
25   On Count 25, as is required by the law, you are
```

1  sentenced to 2 years, which sentence runs consecutive to
2  the sentence that I have just imposed.  The highest of
3  those sentences being a 15 1/2 year sentence on Counts 8
4  through 12, so 2 years takes us up to 17 1/2 years, the
5  maximum sentence which under this plea agreement I am
6  allowed to impose.  Let me explain the sentence to you.
7       This conduct is monstrous.  We live in a
8  community.  Reading this entire record, listening to the
9  victims, listening to the Assistant United States
10 Attorneys, listening to your counsel, who's done a
11 superb job on your behalf, not the least in the
12 negotiation of this plea agreement, he's right to point
13 out that all of these crimes were committed with you
14 sitting behind a computer.  That point is well-taken.
15 Yet in today's world, that does not diminish the crimes
16 in any way.  In fact it ought to bring home to all of us
17 how interconnected we are and what havoc can be wreaked
18 by the improper evil criminal conduct in which you so
19 gleefully engaged.
20      I'll grant you that you may not have fully
21 appreciated the harm you did to your specific victims
22 and to the community as a whole.  In the eyes of this
23 Court, that does not diminish from the sentence which
24 ought be imposed.
25      You'll have credit towards the service of this

```
 1   sentence from October 5th, 2017 to the present, since
 2   you've been detained in federal custody.  In the 5 years
 3   of supervised release, once you are released, all the
 4   general conditions of supervised release are imposed and
 5   the special conditions that appear on Page 56 through 57
 6   of the presentence reports, specifically enumerated
 7   Special Conditions 2 through 15.  This is a fair and a
 8   just sentence.  The Court has no hesitancy on imposing
 9   it.
10           You have the right to appeal from any findings or
11   rulings that the Court has made against you.  Should you
12   appeal and should your appeal be successful, in whole or
13   in part, and the case remanded, you'll be resentenced
14   before another judge.  Mr. Carney, if an appeal is
15   decided upon, you want transcript, seek it from this
16   session of the court because I'll turn it around right
17   away.
18           Do you understand?
19           MR. CARNEY:  Yes, sir.
20           THE COURT:  He's remanded to the custody of
21   the marshals.
22           MS. BURKART:  Your Honor, I'd just like to
23   note for the record that there's forfeiture as well.
24           THE COURT:  The forfeiture is decreed as
25   prayed for by the government.  And I thank you.  He's
```

```
 1    remanded.
 2              (Ends, 4:50 p.m.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```