# EXHIBIT A

Your Honor,

I stand here today, November 19, 2018, embarrassed, ashamed and humiliated, on behalf of the charges I have pleaded guilty to.  My behavior was inexcusable.  I was acting immature and out of extreme jealousy.  I wish I could go back and take back things that I've done or said but unfortunately that is not possible.

I would like to apologize to each victim mentioned in my plea deal separately.  But first I'd like to apologize to my family.  I'm sorry if I disappointed you.  I was raised better than to treat women with such disrespect.  They raised me to be a gentleman and I did not act like one.

My first apology is to Jane Doe C.  There was nothing funny about what I did.  I acted out of pure stupidity, and let my immaturity and bruised ego get the best of me.  I am most sorry for bringing back painful memories, those of which I'm sure you want to forget.

I'd like to direct my next apology to Jane Doe B, who I was involved in a romantic relationship with.  I'm sorry that I make you feel unsafe to the point that you don't feel comfortable to stand in the same room as me.  With that being said, I don't blame you for that.  As a man, I should never lay my hands on a woman.  I never thought in a million years that would be me.  I hope as time passes that you are able to trust and open yourself up to new partners.  It hurts to know that you fear me.  I don't want anything bad to happen to you ever again.

And finally Jane Doe A, who out of all the relationships I was with the longest.  The thing that attracted me to her wasn't her looks but her personality.  It promises to take you out of the mundane into another world where things are exciting.  I was a boring person.  I met her at a bad time in my life where trust didn't exist.  I blocked out all positive encouragement and trapped myself in a negative downward spiral that I couldn't recover from.  To this day I still feel awful for what I put her through – all the degrading names, telling her to commit suicide and sharing her personal business with people.  I broke her trust, I placed her in fear, I ruined this relationship and that wasn't my intention.  I let my own trust issues sabotage what me and her had and before I knew, I was in too deep.  All the degrading names was really a self-reflection on myself.  I was feeling all those things towards myself.  I didn't try to stop or get help until it was too late and all the damage was done by then.  I dragged her down with me during the prime of her life.  A life she built all on her own.  I've never met someone so strong, independent and hardworking.  So I used my words as a weapon to make her weak and dependent on me, because that's what I was.  It was selfish because I knew exactly the right words to push her buttons.  For her own sake I wish we had never met or if there was a way for you to erase all the painful memories you have of me.  I truly am sorry for all that I put you through.

Your Honor, I want to let you know that I realize how impactful the works "kill yourself" are. I don't know what other people are going through. I would've been devastated if anyone acted upon those words. I also want to tell you how much of a wake up call this is. I realize my actions have consequences. Without painful memories we are doomed to make the same mistake over and over. Jail is my painful memory and not a place I want to spend any extra time in. My freedom is important to me. I am hopeful about my future. And excited for the day I can return home to my family and my dog. I believe everyone deserves a second chance and when I get mine I will not let you, my victim, my family or myself down.

Sincerely,

Joseph Kukstis